No. 09-8904. Wardell Moore, Petitioner v. Rick Thaler, Director, Texas

**Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1051, 130 S. Ct. 2346, 176 L. Ed. 2d 565, 2010 U.S. LEXIS 2939, 

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.